# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENTHAL, LEE H. | U.S.D.C.-S.D.TX | 08/9/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE-ACTIVE | ☐ Nomination ☐ Initial   ✔ Annual   ☐ Final   Date<br>5b. ☐ Amended Report | 01/01/2018 **to** 12/31/2018 |

**7. Chambers or Office Address**

515 RUSK
ROOM 11535
HOUSTON, TEXAS 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, EXECUTIVE COMMITTEE, COUNCIL, VICE PRESIDENT | AMERICAN LAW INSTITUTE |
| 2. | MEMBER, BOARD OF TRUSTEES AND EXECUTIVE COMMITTEE | BAYLOR COLLEGE OF MEDICINE |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | NATIONAL BOARD OF BAR EXAMINERS, WRITING | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▅▅▅▅▅▅▅▅▅▅▅▅.: DIRECTOR'S FEES |
| 2. 2018 | ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅: PARTNER DISTRIBUTION |
| 3. 2018 | ▅▅▅▅▅▅▅▅: DIRECTOR'S FEES |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | JANUARY 17-19, 2018 | PHILADELPHIA, PA | ATTEND ALI COUNCIL MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 2. | FORDHAM LAW SCHOOL | FEBRUARY 22-24, 2018 | NEW YORK, NY | FORDHAM LAW REVIEW SYMPOSIUM | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 3. | NATIONAL CONFERENCE OF BAR EXAMINERS | APRIL 19-22, 2018 | RICHMOND, VA | NATIONAL CONFERENCE OF BAR EXAMINERS | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 4. | DUKE LAW SCHOOL | MAY 23-25, 2018 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES (DUKE MASTER OF JUDICIAL STUDIES) | LODGING, MEALS, TRANSPORTATION AND AIRFARE |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **ROSENTHAL, LEE H.** | 08/9/2019 |

| # | | | | | |
|---|---|---|---|---|---|
| 5. | DUKE LAW SCHOOL | MAY 30-31, 2018 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES (DUKE MASTER OF JUDICIAL STUDIES) | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 6. | INSTITUTE FO THE ADVANCEMENT OF THE AMERICAN LEGAL SYSTEM (IAALS) | AUGUST 28-30, 2018 | DENVER, CO | IAALS NATURAL DISASTERS PROTOCOLS COMMITTEE MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 7. | NATIONAL CONFERENCE OF BAR EXAMINERS | SEPTEMBER 6-9, 2018 | MINNEAPOLIS, MN | NATIONAL CONFERENCE OF BAR EXAMINERS | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 8. | AMERICAN LAW INSTITUTE | OCTOBER 11-12, 2018 | PHILADELPHIA, PA | ALI MODEL PENAL CODE: SEXUAL ASSAULT AND RELATED OFFENSES ADVISERS AND MEMBERS CONSUL | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 9. | AMERICAN LAW INSTITUTE | OCTOBER 17-19, 2018 | NEW YORK, NY | ALI OCTOBER COUNCIL MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 10. | AMERICAN LAW INSTITUTE | NOVEMBER 8-9, 2019 | PHILADEPHIA, PA | ALI - RESTATEMENT OF THE LAW THIRD, CONFLICTS OF LAW PROJECT MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 11. | IAALS | DECEMBER 2-4, 2018 | DENVER, CO | IAALS NATURAL DISASTERS PROTOCOLS COMMITTEE MEETING | LODGING, MEALS, TRANSPORTATION AND AIRFARE |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

27. _____ _____ _____ _____ _____

28. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Big Sandy, TX ISD, 5.0% due 02/15/2039 | E | Interest | P1 | T | Buy | 05/17/18 | P1 | | |
| 2. | Boise-Kuna, IA 6.3% due 6/1/2031 | E | Interest | | | Sold | 06/01/18 | O | | |
| 3. | Brazos Cty, TX 5.00% due 9/1/25 | D | Interest | | | Sold | 09/04/18 | N | | |
| 4. | Butler Cnty, PA Hosp Auth, 7.250% due 07/01/2039 | | None | P1 | T | Buy | 10/18/18 | P1 | | |
| 5. | Dallas, TX Rapid Trnst Sales Tax, 5.250% due 12/01/2043 | E | Interest | | | Buy | 06/28/18 | P1 | | |
| 6. | | | | | | Sold | 12/03/18 | O | | |
| 7. | Dauphin Cnty, PA Auth HlthSys, 6.0% due 06/01/2029 | E | Interest | P1 | T | Buy | 10/15/18 | P1 | | |
| 8. | Goodyear AZ PI 6.0% due 7/1/31 | F | Interest | | | Sold | 07/02/18 | P1 | | |
| 9. | Grand Prairie, TX ISD 0.00% due 8/15/33 | | None | | | Sold | 08/15/18 | N | G | |
| 10. | Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| 11. | Harris Cty, TX, 5.00% due 10/1/19 | D | Interest | N | T | | | | | |
| 12. | Harris Cty, TX, 5.75% due 10/1/20 | D | Interest | | | Sold | 10/01/18 | M | | |
| 13. | HBR Point CT Infrastructure, 7.875% due 04/01/39 | E | Interest | O | T | Buy | 07/11/18 | P1 | | |
| 14. | Houston, TX Pub Impt 5.00% due 3/1/20 | D | Interest | | | Sold | 10/01/18 | M | A | |
| 15. | IL St Fin Auth Rev Ref-KISH Health 5.75% due 10/01/2028 | E | Interest | | | Buy | 05/07/18 | P1 | | |
| 16. | | | | | | Sold | 10/01/18 | P1 | | |
| 17. | IL Fin Auth Silver Cross Med Ctrs, 7%, due 8/15/2044 | G | Interest | P1 | T | Buy | 01/30/18 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | Buy (add'l) | 07/26/18 | P1 | | |
| 19. | IL St Fin Auth Rev Il Rush Univ Med, 6.625% due 11/01/39 | E | Interest | P1 | T | Buy | 10/10/18 | P1 | | |
| 20. | KY St Econ Dev Fin Auth, 5.375% due 8/15/2024 | D | Interest | | | Buy | 05/16/18 | N | | |
| 21. | | | | | | Sold | 08/15/18 | N | | |
| 22. | KY St Econ Dev Fin Auth, 5.625% due 8/15/2027 | E | Interest | | | Buy | 05/16/18 | O | | |
| 23. | | | | | | Sold | 08/15/18 | O | | |
| 24. | LA St Ctzns Ppty Ins Corp 6.75% due 6/1/2026 | F | Interest | | | Sold | 06/01/18 | P1 | | |
| 25. | La Vernia, TX Hgr Edu Fin, 7.250% due 08/15/2031 | F | Interest | O | T | Buy | 01/30/18 | O | | |
| 26. | Leander, TX ISD 0.00% due 8/15/21 | | None | N | T | | | | | |
| 27. | Lewisville, TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| 28. | Louisville KY Regl Arpt Auth, 5.5% due 07/01/2038 | E | Interest | | | Buy | 05/22/18 | O | | |
| 29. | | | | | | Sold | 07/02/18 | O | | |
| 30. | Lufkin, TX Hlth Facs Dev, Memorial Hlth, 6.25% due 02/15/2037 | E | Interest | P1 | T | Buy | 04/05/18 | P1 | | |
| 31. | MA St Hlth & Ed 5.25% due 7/1/23 | E | Interest | | | Sold | 07/02/18 | O | | |
| 32. | MA St Rans-Ser C 2.0% due 6/25/2018 | G | Interest | | | Sold | 06/25/18 | O | | |
| 33. | NJ St Hlth Care Facs, 5.250% due 10/01/2038 | F | Interest | | | Buy | 05/01/18 | P1 | | |
| 34. | | | | | | Sold | 10/01/18 | P1 | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | NJ St Eductnl Facs Auth Rev, 6.25% due 07/01/2037 | E | Interest | P1 | T | Buy | 05/29/18 | P1 | | |
| 36. | OH St Hosp Fac Rev, Cleveland Clinic, 5.5% due 01/01/2039 | E | Interest | O | T | Buy | 06/25/18 | P1 | | |
| 37. | Orange Cnty Fl Hlth Facs, 5.0% due 12/01/2032 | E | Interest | | | Buy | 05/14/18 | O | | |
| 38. | | | | | | Sold | 11/15/18 | O | | |
| 39. | Richmond Co, GA Dev 6.375% due 12/01/21 | | None | L | T | | | | | |
| 40. | Snohomish Cty, WA 5.25% due 12/1/24 | D | Interest | | | Sold | 12/03/18 | M | D | |
| 41. | St of Illinois 5.00% due 6/1/22 | D | Interest | | | Sold | 10/05/18 | M | | |
| 42. | St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| 43. | Suffolk Cnty, NY TRANS, 5.0% due 7/24/2019 | | None | P1 | T | Buy | 12/14/18 | P1 | | |
| 44. | Texas St Trans, 4.0% due 8/30/20 | G | Interest | P1 | T | Sold (part) | 08/30/18 | P1 | | |
| 45. | University TX Univ 5.25% due 7/1/21 | E | Interest | N | T | | | | | |
| 46. | WI St Hlth & Eductnl Facs Auth Rev, 6.625% due 02/15/2039 | | None | P1 | T | Buy | 08/17/18 | P1 | | |
| 47. | JPM Chase - Checking | | None | J | T | | | | | |
| 48. | HSA Bank | B | Interest | L | T | | | | | |
| 49. | Ally Bank | D | Interest | M | T | | | | | |
| 50. | Altitude Ventures Texas, LP (1) | | None | K | U | Buy | 04/26/18 | K | | |
| 51. | American Express Bank, FSB | D | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AIF V Private Investors LLC (1) | | None | J | U | Distributed (part) | 12/27/18 | J | | |
| 53. AIF VI Private Investors LLC (1) | | None | L | U | Distributed (part) | 04/06/18 | K | | |
| 54. | | | | | Distributed (part) | 12/21/18 | L | | |
| 55. AIF VII Private Investors LLC (1) | | None | M | U | Distributed (part) | 01/10/18 | J | | |
| 56. | | | | | Distributed (part) | 04/06/18 | J | | |
| 57. | | | | | Distributed (part) | 07/12/18 | J | | |
| 58. | | | | | Distributed (part) | 10/05/18 | J | | |
| 59. APAX Europe VII Private Investors, LLC (1) | | None | K | U | Distributed (part) | 01/11/18 | K | | |
| 60. | | | | | Distributed (part) | 04/12/18 | J | | |
| 61. | | | | | Distributed (part) | 06/06/18 | J | | |
| 62. | | | | | Distributed (part) | 06/29/18 | J | | |
| 63. Atlantic Trust Company, N.A. | A | Dividend | J | T | | | | | |
| 64. Barclays Bank | D | Interest | L | T | | | | | |
| 65. Bepoken (9) | | None | | | Buy | 05/01/18 | K | | |
| 66. BRKB-Common | | None | P1 | T | | | | | |
| 67. Black Stone Minerals, LP common units | G | Distribution | P1 | T | | | | | |
| 68. Black Stone Minerals, LP sub units | G | Distribution | P1 | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.　Brand Group Holdings, Inc.-Common | | None | | | Merged (with line 186) | 09/17/18 | O | G | |
| 70.　▓▓▓▓.-Restricted Stock (7) | | | | | | | | | |
| 71.　Carlyle Asia Partners II (1) | | None | J | U | Distributed (part) | 02/21/18 | J | | |
| 72. | | | | | Distributed (part) | 04/06/18 | J | | |
| 73. | | | | | Distributed (part) | 08/22/18 | J | | |
| 74. | | | | | Distributed (part) | 10/12/18 | J | | |
| 75.　CAP IV Private Investors, LLC (1) | | None | N | U | Buy (add'l) | 02/14/18 | K | | |
| 76. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 77. | | | | | Buy (add'l) | 05/18/18 | M | | |
| 78. | | | | | Buy (add'l) | 05/30/18 | K | | |
| 79. | | | | | Distributed (part) | 07/30/18 | J | | |
| 80. | | | | | Distributed (part) | 09/10/18 | K | | |
| 81. | | | | | Distributed (part) | 10/03/18 | J | | |
| 82. | | | | | Distributed (part) | 12/20/18 | K | | |
| 83.　CAP V Private Investors, LLC (1) | | None | K | U | Buy | 12/26/18 | K | | |
| 84.　Carlyle Japan International Partners II, L.P. (1) | | None | J | U | Distributed (part) | 11/18/18 | J | | |
| 85.　CIT Bank | D | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. CJIP II Limited, L.P. (1) | | None | J | U | | | | | |
| 87. CD&R Fund VII Private Investors, LLC (1) | | None | | | Distributed<br>(part) | 02/20/18 | K | | |
| 88. | | | | | Distributed | 11/20/18 | J | | |
| 89. CD&R Fund IX Private Investors, LLC (1) | | None | N | U | Buy<br>(add'l) | 06/18/18 | K | | |
| 90. | | | | | Buy<br>(add'l) | 12/18/18 | K | | |
| 91. CD&R Fund X, LP (1) | | None | N | U | Buy | 03/26/18 | M | | |
| 92. | | | | | Buy<br>(add'l) | 09/12/18 | M | | |
| 93. Consumer Staples Select Sector SPDR-ETF | E | Dividend | O | T | | | | | |
| 94. Continuum Energy | D | Distribution | K | U | | | | | |
| 95. ▩-Common | | None | L | T | | | | | |
| 96. Discover Bank | D | Interest | L | T | | | | | |
| 97. Emerald Marina Bay (1) | | None | J | U | Distributed<br>(part) | 03/02/18 | M | | |
| 98. | | | | | Distributed<br>(part) | 04/30/18 | K | | |
| 99. | | | | | Distributed<br>(part) | 06/01/18 | L | | |
| 100. | | | | | Distributed<br>(part) | 09/24/18 | J | | |
| 101. Encino Energy, LLC (1) | | None | M | U | Buy<br>(add'l) | 05/01/18 | K | | |
| 102. Energy Capital Investors Fund, LLC (1) | | None | J | U | Distributed<br>(part) | 03/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Distributed (part) | 12/07/18 | J | | |
| 104.  Family Alignment: FA YPS LLC (1) | | None | K | U | Distributed (part) | 03/07/18 | J | | |
| 105.  Family Alignment: FA SPR LLC (1) | | None | K | U | | | | | |
| 106.  Family Alignment: FA ASL LLC (1) | | None | M | U | Buy | 04/18/18 | L | | |
| 107.  Family Alignment: FA Trilliant LLC (1) | | None | L | U | Buy | 01/24/18 | L | | |
| 108.  FDC Group McKinney, Ltd. (1)(12) | D | Rent | J | U | | | | | |
| 109.  FDC Group Crawford, Ltd. (1) | | None | M | U | | | | | |
| 110.  FDC Group Dunlavy, Ltd. (1) | | None | L | U | | | | | |
| 111.  FDC Group Wilcrest, Ltd. (1)(12) | D | Rent | J | U | | | | | |
| 112.  FDC Group Yorktown, Ltd. (1) | | None | L | U | | | | | |
| 113.  FDC Group Waugh, Ltd. (1)(12) | E | Rent | M | U | | | | | |
| 114.  Finger-Roxboro, Ltd.(1)(12) | D | Rent | M | U | | | | | |
| 115.  Finger-VOTL, Ltd.(1)(12) | E | Rent | K | U | | | | | |
| 116.  Goldman Sachs Bank | D | Interest | L | T | | | | | |
| 117.  Mt. Kellett (1) | | None | M | U | Distributed (part) | 01/29/18 | J | | |
| 118. | | | | | Distributed (part) | 06/06/18 | J | | |
| 119. | | | | | Distributed (part) | 08/22/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Distributed (part) | 10/02/18 | J | | |
| 121. Mt. Kellett II (1) | | None | M | U | Distributed (part) | 08/09/18 | J | | |
| 122. | | | | | Distributed (part) | 04/19/18 | J | | |
| 123. | | | | | Distributed (part) | 05/22/18 | J | | |
| 124. | | | | | Distributed (part) | 08/17/18 | J | | |
| 125. GHR Healthcare, LLC | | None | L | U | Buy (add'l) | 03/23/18 | J | | |
| 126. Great Northern Midstream, LLC (1) | | None | J | U | | | | | |
| 127. Ishares Core High Dividend-ETF | E | Dividend | N | T | | | | | |
| 128. ▓▓▓▓▓ (1) | | None | J | U | Buy (add'l) | 02/01/18 | J | | |
| 129. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 130. | | | | | Buy (add'l) | 12/18/18 | K | | |
| 131. HydroEx Acquistion, LLC - Note Receivable (14) | B | Interest | | | Matured | 02/21/18 | M | | |
| 132. HydroEx Acquistion, LLC (14) | | None | M | U | Buy (add'l) | 10/11/18 | K | | |
| 133. Ishares Global Energy-ETF | D | Dividend | | | Sold | 08/15/18 | N | G | |
| 134. Ishares US Consumer Goods-ETF | D | Dividend | N | T | | | | | |
| 135. JP Morgan Chase Investment Account - Cash | A | Dividend | P2 | T | | | | | |
| 136. KKR 2006 Private Investors, LLC (1)(a) | | None | | | Distributed (part) | 03/26/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Distributed (part) | 04/13/18 | J | | |
| 138. | | | | | Buy (add'l) | 05/22/18 | J | | |
| 139. | | | | | Distributed (part) | 08/09/18 | J | | |
| 140. | | | | | Distributed (part) | 08/28/18 | J | | |
| 141. | | | | | Distributed (part) | 09/14/18 | K | | |
| 142. | | | | | Distributed (part) | 09/28/18 | J | | |
| 143. | | | | | Distributed (part) | 11/20/18 | J | | |
| 144. | | | | | Distributed (part) | 12/24/18 | J | | |
| 145. KKR Americas XII Private Investors (1) | | None | M | U | Buy (add'l) | 02/26/18 | J | | |
| 146. | | | | | Buy (add'l) | 03/01/18 | K | | |
| 147. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 148. | | | | | Buy (add'l) | 09/28/18 | L | | |
| 149. | | | | | Buy (add'l) | 11/09/18 | K | | |
| 150. | | | | | Distributed (part) | 12/20/18 | J | | |
| 151. KMI-Common | F | Dividend | P1 | T | Buy (add'l) | 01/05/18 | L | | |
| 152. Merrill Lynch (CMA) | D | Interest | P1 | T | | | | | |
| 153. Milton Meisler Holdings LLC | | None | L | U | Buy (add'l) | 03/18/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Milton ZXP Holdings | | None | L | U | Buy | 02/13/18 | L | | |
| 155.  NITYA - BCH Investors LLC (1)(12) | G | Rent | J | U | | | | | |
| 156.  NITYA - Legacy at Westchase Investors, LLC( 1)(12) | E | Rent | K | U | | | | | |
| 157.  NITYA - D2 Properties, LLC (1)(12) | E | Rent | K | U | | | | | |
| 158.  NITYA - Sierra Park Investors, LLC (1)(12) | G | Rent | J | U | | | | | |
| 159.  NITYA - TEAI LLC (1)(12) | D | Rent | M | U | Buy | 01/25/18 | M | | |
| 160.  NITYA - Saah Investors (1)(12) | C | Rent | L | U | Buy | 03/27/18 | L | | |
| 161.  NITYA - A2 Apartment Investors (1)(12) | D | Rent | N | U | Buy | 07/24/18 | N | | |
| 162.  Oaktree Capital Group LLC | F | Distribution | P1 | T | Buy (add'l) | 01/05/18 | M | | |
| 163.  ▓ Restricted Stock (7) | | None | | | Closed | | | | |
| 164.  ▓ -Common (7) | | None | M | T | Buy (add'l) | 02/15/18 | M | | |
| 165. | | | | | Sold (part) | 04/30/18 | M | | |
| 166. | | | | | Sold (part) | 08/01/18 | M | | |
| 167.  MGI Pearl Midtown, LLC (1)(12) | D | Rent | J | U | | | | | |
| 168.  MGI Pearl CityCenter, LLC (1)(12) | E | Rent | L | U | | | | | |
| 169.  MGI Pearl Midtown Residences, Ltd (1) | | None | N | U | | | | | |
| 170.  MGI 21Eleven Investors, LP (1)(12) | D | Rent | M | U | Buy | 01/25/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Platform Partners, LLC (1) | | None | P1 | U | | | | | |
| 172.  RDS A-ADR | E | Dividend | O | T | Buy | 02/13/18 | M | | |
| 173. | | | | | Sold | 03/14/18 | M | B | |
| 174. | | | | | Buy | 08/03/18 | N | | |
| 175. | | | | | Buy<br>(add'l) | 08/09/18 | M | | |
| 176. | | | | | Buy<br>(add'l) | 08/10/18 | L | | |
| 177. | | | | | Buy<br>(add'l) | 08/15/18 | M | | |
| 178. | | | | | Buy<br>(add'l) | 08/16/18 | L | | |
| 179. | | | | | Buy<br>(add'l) | 11/20/18 | N | | |
| 180. | | | | | Buy<br>(add'l) | 11/20/18 | M | | |
| 181.  RDS/B-ADR | F | Dividend | P1 | T | Buy<br>(add'l) | 01/05/18 | M | | |
| 182. | | | | | Sold<br>(part) | 02/13/18 | M | | |
| 183. | | | | | Buy<br>(add'l) | 03/12/18 | M | | |
| 184. | | | | | Buy<br>(add'l) | 08/01/18 | N | | |
| 185. | | | | | Sold<br>(part) | 08/03/18 | N | | |
| 186.  Renasant-Common (merged with Brand<br>Bank) | D | Dividend | N | T | | | | | |
| 187.  Roku-Common | | None | L | T | Buy | 10/11/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  SCF-V, L.P. (1) | | None | K | U | Buy<br>(add'l) | 01/23/18 | J | | |
| 189. | | | | | Buy<br>(add'l) | 04/20/18 | J | | |
| 190. | | | | | Buy<br>(add'l) | 07/20/18 | J | | |
| 191. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 192.  SCF-VI, L.P. (1) | | None | M | U | Buy<br>(add'l) | 01/23/18 | J | | |
| 193. | | | | | Buy<br>(add'l) | 04/20/18 | J | | |
| 194. | | | | | Buy<br>(add'l) | 07/20/18 | J | | |
| 195. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 196.  SCF-VII, L.P. (1) | | None | N | U | Buy<br>(add'l) | 01/23/18 | J | | |
| 197. | | | | | Buy<br>(add'l) | 04/20/18 | J | | |
| 198. | | | | | Distributed<br>(part) | 02/27/18 | J | | |
| 199. | | | | | Buy<br>(add'l) | 07/20/18 | J | | |
| 200. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 201.  SCF-VII(a), L.P. (1) | | None | L | U | Buy<br>(add'l) | 01/23/18 | J | | |
| 202. | | | | | Buy<br>(add'l) | 01/25/18 | J | | |
| 203. | | | | | Buy<br>(add'l) | 04/20/18 | J | | |
| 204. | | | | | Buy<br>(add'l) | 07/20/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 206.  SCF-VII(AIV), L.P. (1) | None | M | U | | | | | | |
| 207.  SCF-VIII, L.P (1) | None | M | U | | Buy<br>(add'l) | 01/18/18 | J | | |
| 208. | | | | | Buy<br>(add'l) | 01/23/18 | J | | |
| 209. | | | | | Buy<br>(add'l) | 01/25/18 | J | | |
| 210. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 211. | | | | | Buy<br>(add'l) | 04/20/18 | J | | |
| 212. | | | | | Buy<br>(add'l) | 05/18/18 | J | | |
| 213. | | | | | Buy<br>(add'l) | 07/16/18 | K | | |
| 214. | | | | | Buy<br>(add'l) | 07/20/18 | J | | |
| 215. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 216. | | | | | Buy<br>(add'l) | 11/29/18 | J | | |
| 217. | | | | | Buy<br>(add'l) | 12/27/18 | J | | |
| 218. | | | | | Distributed<br>(part) | 12/31/18 | K | | |
| 219.  SCF-VIII(AIV), L.P. (1) | None | M | U | | | | | | |
| 220.  SCF-IX, LP (1) | None | L | U | Buy | 07/06/18 | J | | |
| 221. | | | | | Buy<br>(add'l) | 07/27/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 09/28/18 | J | | |
| 223. | | | | | Buy<br>(add'l) | 10/05/18 | J | | |
| 224. | | | | | Buy<br>(add'l) | 11/16/18 | L | | |
| 225. SJKI-Common (13) | | None | | | Merged<br>(with line 226) | 06/18/18 | J | | |
| 226. St John Knits Intl Inc Conv New Money<br>Zerio% Perpetual (13) Y | | None | | | | | | | |
| 227. SRE Properties, LP (1)(12) | D | Rent | J | U | | | | | |
| 228. Surefire Social-Convertible Pfd | | None | J | U | | | | | |
| 229. Synchrony Bank | E | Interest | L | T | | | | | |
| 230. ▆▆▆▆▆▆▆ (1) | | None | M | U | Distributed<br>(part) | 12/31/18 | M | | |
| 231. ▆▆▆▆▆▆▆▆▆ (1) | | None | J | U | Buy<br>(add'l) | 12/31/18 | J | | |
| 232. | | | | | Distributed<br>(part) | 12/31/18 | J | | |
| 233. ▆▆▆▆▆▆▆▆▆▆ (1)Y | | None | J | U | | | | | |
| 234. ▆▆▆▆▆▆▆ (1) | | None | K | U | Distributed<br>(part) | 12/31/18 | J | | |
| 235. ▆▆▆▆▆▆▆▆▆ (1)Y | | None | J | U | Buy<br>(add'l) | 12/31/18 | J | | |
| 236. | | | | | Distributed<br>(part) | 12/31/18 | J | | |
| 237.▆▆▆▆▆▆▆▆ (1) | | None | J | U | Buy<br>(add'l) | 12/31/18 | J | | |
| 238. | | | | | Distributed<br>(part) | 12/31/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. ▨ (1) | | None | K | U | Distributed (part) | 12/31/18 | N | | |
| 240. ▨ (1) | | None | P1 | U | Distributed (part) | 12/31/18 | O | | |
| 241. ▨ (1) | | None | P2 | U | Buy (add'l) | 12/31/18 | J | | |
| 242. | | | | | Distributed (part) | 12/31/18 | P2 | | |
| 243. ▨ (1) | | None | M | U | Buy (add'l) | 12/31/18 | L | | |
| 244. | | | | | Distributed (part) | 12/31/18 | J | | |
| 245. ▨ (1) | | None | J | U | Buy (add'l) | 12/31/18 | L | | |
| 246. | | | | | Distributed (part) | 12/31/18 | J | | |
| 247. ▨ (1) | | None | P1 | U | Buy (add'l) | 12/31/18 | O | | |
| 248. | | | | | Distributed (part) | 12/31/18 | J | | |
| 249. ▨ (1) | | None | K | U | Distributed (part) | 12/31/18 | P1 | | |
| 250. ▨ (1) | | None | J | U | | | | | |
| 251. ▨ (1) | | None | K | U | Buy | 12/31/18 | K | | |
| 252. | | | | | Distributed (part) | 12/31/18 | J | | |
| 253. ▨ (1) | | None | N | U | Buy | 12/31/18 | N | | |
| 254. | | | | | Distributed (part) | 12/31/18 | J | | |
| 255. ▨ (alpha sort) (11) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | N | U | Buy | 12/11/18 | N | | |
| 257. | | | N | U | Buy (add'l) | 05/11/18 | L | | |
| 258. | | | | | Buy (add'l) | 05/28/18 | K | | |
| 259. | | | N | U | | | | | |
| 260. | | | M | U | Buy (add'l) | 01/19/18 | K | | |
| 261. | | | N | U | | | | | |
| 262. | | | M | U | Buy (add'l) | 01/19/18 | K | | |
| 263. | | | | | Buy (add'l) | 05/28/18 | J | | |
| 264. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 265. | | | | | Buy (add'l) | 12/04/18 | K | | |
| 266. | | | M | U | | | | | |
| 267. | | | | | Sold | 02/01/18 | O | | |
| 268. | | | K | U | | | | | |
| 269. | | | | | Sold | 10/01/18 | N | | |
| 270. | | | N | U | Buy | 11/27/18 | N | | |
| 271. | | | N | U | | | | | |
| 272. | A | Int./Div. | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. JP Morgan Chase-Checking | | None | J | T | | | | | |
| 274. JP Morgan Chase-Checking-S | | None | J | T | | | | | |
| 275. Vac One Note Receivable (14) | C | Interest | | | Merged (with line 132) | 02/21/18 | K | | |
| 276. Vanguard Municipal Money Market | G | Dividend | P2 | T | | | | | |
| 277. Vanguard Large Cap Index Fund Adm | E | Dividend | O | T | Buy (add'l) | 02/09/18 | O | | |
| 278. | | | | | Sold (part) | 12/26/18 | O | | |
| 279. Vanguard Tax-Managed Cap Apprec- Mutual Fund | E | Dividend | P2 | T | Buy (add'l) | 11/20/18 | O | | |
| 280. | | | | | Buy (add'l) | 12/26/18 | P1 | | |
| 281. Vanguard 500 Index-Mutual Fund | G | Dividend | P2 | T | Buy (add'l) | 01/05/18 | M | | |
| 282. | | | | | Buy (add'l) | 01/31/18 | N | | |
| 283. | | | | | Buy (add'l) | 03/06/18 | O | | |
| 284. | | | | | Buy (add'l) | 07/07/18 | N | | |
| 285. | | | | | Buy (add'l) | 08/06/18 | M | | |
| 286. | | | | | Buy (add'l) | 09/21/18 | M | | |
| 287. | | | | | Buy (add'l) | 10/11/18 | N | | |
| 288. | | | | | Buy (add'l) | 10/26/18 | M | | |
| 289. | | | | | Buy (add'l) | 10/29/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 12/17/18 | P1 | | |
| 291. | | | | | Sold (part) | 12/26/18 | N | | |
| 292. Vanguard Federal M/M | E | Dividend | O | T | | | | | |
| 293. Vanguard Information Technology Index Admiral Fund | D | Dividend | O | T | | | | | |
| 294. Vanguard Total Stock Market Index Admiral Fund | D | Dividend | | | Sold | 02/09/18 | O | | |
| 295. | | | | | Buy | 12/17/18 | P1 | | |
| 296. | | | | | Sold | 12/26/18 | P1 | | |
| 297. Vanguard Developed Markets Admiral Fund | | None | | | Buy | 02/09/18 | O | | |
| 298. | | | | | Sold | 03/06/18 | O | | |
| 299. Vanguard European Stock Index Admiral Fund | | None | | | Buy | 01/31/18 | O | | |
| 300. | | | | | Sold | 02/09/18 | O | | |
| 301. Vanguard Pacific Stock Index Admiral Fund | | None | | | Buy | 01/31/18 | N | | |
| 302. | | | | | Sold | 02/09/18 | N | | |
| 303. VETIQ Staffing LLC (1) | | None | J | U | Buy | 02/22/18 | J | | |
| 304. WLR Recovery IV Investors, LLC (1) | | None | K | U | Distributed (part) | 03/29/18 | J | | |
| 305. | | | | | Distributed (part) | 04/30/18 | J | | |
| 306. | | | | | Distributed (part) | 10/16/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. Xapp Media (9) | | None | | | | | | | | |
| 308. Zinc Oxide-SeriesA (1) | | None | | M | U | Distributed<br>(part) | 08/23/18 | K | | |
| 309. Certain LLC 1/18 (1) | | None | | J | U | | | | | |
| 310. Certain Limited Partners 1/39 (1) | | None | | J | U | | | | | |
| 311. Certain Limited Partners 2/54 | | | | | | | | | | |
| 312. Elliott Associates, L.P. (1) | | None | | P2 | U | | | | | |
| 313. West Cam, L.P. (1) | | None | | J | U | Distributed<br>(part) | 04/18/18 | J | | |
| 314. MP GEO, LLC (1) | | None | | J | U | Distributed<br>(part) | 04/06/18 | K | | |
| 315. Midland Basin GEO, LLC (1) | | None | | K | U | Distributed<br>(part) | 04/06/18 | J | | |
| 316. Gamma Geo (1) | | None | | J | U | Distributed<br>(part) | 02/07/18 | J | | |
| 317. | | | | | | Distributed<br>(part) | 04/06/18 | J | | |
| 318. | | | | | | Distributed<br>(part) | 05/15/18 | J | | |
| 319. | | | | | | Distributed<br>(part) | 06/29/18 | J | | |
| 320. | | | | | | Distributed<br>(part) | 09/05/18 | J | | |
| 321. | | | | | | Distributed<br>(part) | 11/30/18 | K | | |
| 322. Flex Waz (1) | | None | | L | U | Distributed<br>(part) | 02/20/18 | L | | |
| 323. | | | | | | Distributed<br>(part) | 03/13/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Distributed (part) | 06/19/18 | J | | |
| 325. | | | | | Distributed (part) | 07/03/18 | K | | |
| 326. | | | | | Distributed (part) | 11/06/18 | L | | |
| 327. Certain LLC 2/54 (1% owner in 2/54LP) (1) | | None | K | U | | | | | |
| 328. IRA #1 | | | | | | | | | |
| 329. Vanguard Admiral Fund Treasury M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 330. Vanguard Prime M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 331. Vanguard 500 Index Fund | D | Dividend | O | T | | | | | |
| 332. Vanguard S&P 500 Index ETF | D | Dividend | N | T | | | | | |
| 333. Vanguard Federal Money Market Fund | D | Dividend | O | T | | | | | |
| 334. IRA #2 | | | | | | | | | |
| 335. Merrill Lynch Cash | A | Interest | | | Closed | 12/28/18 | L | | |
| 336. Goldman Sachs Bank | | None | | | Closed | 01/01/18 | J | | |
| 337. Goldman Sachs Liberty Harbor (1) | | None | | | Distributed | 01/01/18 | J | | |
| 338. IShares Core High Dividend - ETF | E | Dividend | O | T | | | | | |
| 339. KMI - Common Stock | E | Dividend | N | T | | | | | |
| 340. Oaktree - Units | F | Distribution | O | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  RDSB - ADR | F | Dividend | P1 | T | | | | | |
| 342.  RDS/A - ADR | | None | | | Sold | 01/23/18 | K | B | |
| 343.  SJKI - Common Stock | | None | | | Merged<br>(with line 344) | 06/18/18 | J | | |
| 344.  St John Knits Intl Inc Conv New Money<br>Zerio% Perpetual (13) Y | | None | | | | | | | |
| 345.  Vanguard Admiral Fund Treasury M/M -<br>Mutual Fund (10) | | None | | | Closed | 02/28/18 | J | | |
| 346.  Vanguard 500 Index Fund | E | Dividend | P1 | T | Buy<br>(add'l) | 01/23/18 | M | | |
| 347.  Vanguard S&P 500 Index ETF | F | Dividend | P1 | T | | | | | |
| 348.  Vanguard Federal Money Market Fund | B | Interest | M | T | | | | | |
| 349.  #2 Trust (R8) | | | | | | | | | |
| 350.  Merrill Lynch Reserves | A | Interest | L | T | | | | | |
| 351.  IShares US Consumer Goods - ETF | E | Dividend | O | T | | | | | |
| 352.  Vanguard Tax-Managed Capital<br>Appreciation - Mutual Fund | E | Dividend | P1 | T | | | | | |
| 353.  Vanguard Admiral Fund Treasury - Mutual<br>Fund | A | Dividend | J | T | | | | | |
| 354.  Vanguard Muncipal M/M (formerly known<br>asTax-Exempt M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 355.  Vanguard Federal M/M Fund | B | Dividend | J | T | | | | | |
| 356.  Certain Limited Partners 2/54 | | | | | | | | | |
| 357.  Elliott Associates, L.P. (1) | | None | P1 | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/9/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | | | | | |
| 359. | | | | | | | | | |
| 360. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Private entities including private company investment partnerships. For private entities, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income and gain is included (to the extent distributed) in cash paid or received (as described below) under Column D(3) and not in Column B and/or Column D(4). The ▢▢▢▢ entities' values in Column D(2) are listed as of year-end notwithstanding when distribution was made.

(a) In connection with Footnote (1) private company investment partnerships, in absence of receipt of K-1 by filer by filing date, no information is provided as to gross value in Column C(2).

(2) Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds excludes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium or discount at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bonds, and such amortization does not affect interest reported annually.

(3) No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3). On maturity, redemption, or sale of zero coupon bonds, Value Column D(3) is the maturity value, redemption price, or sales price and Gain Column D(4) reflects the difference between the maturity value, redemption price, or sales price and the original cost.

(4) All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1). Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(5) Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(6) No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends. If publicly traded, the value as of the date of the transaction when such security is received is reflected in Column C(1) Gross Value. In instances noted in first sentence, any gain is reported only when the new security is sold.

(7) Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares. A "buy" transaction is reflected in Section (D) with the date and value of the vested stock. ▢▢▢ resigned from the ▢▢ board on 2/15/2018 and no further restricted shares will be awarded.

(8) Oil and Gas interests – value not known to filer.

(9) Private company – value not known to filer.

(10) Inadvertently omitted in prior year report.

(11) Amounts for each portfolio company direct ownership (whether purchases or distributions or income and gain (to the extent actually distributed)) may be reflected in either the appropriate ▢▢▢ entity or the line for the individually named portfolio company, or both.

(12) Represents a limited partnership or LLC investment in a real estate project or projects. All income noted in Column B(1) is effectively net rental income. Filer does not own any rental property. However, filer is invested in third party controlled partnership vehicles where the general partner invests in rental properties, sometimes in multiple locations and multiple cities.

(13) SJKI was converted into a convertible debt with no value.

(14) Hydro Ex has existed as a separate common stock with a note and survives after the note was paid off. Vac One was a note and was paid off.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LEE H. ROSENTHAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544